**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

MARTIN H. TONN,

Plaintiff,

vs.

UNITED STATES OF AMERICA,

Defendant.

Civil No. 01-1076 DDA/SRN

**PERMANENT INJUNCTION**

---

Plaintiff Martin H. Tonn, along with his officers, agents, servants, employees, and attorneys, is hereby PERMANENTLY ENJOINED from filing any action in this Court against the United States, the Internal Revenue Service, or its agents relating to matters raised in Tonn v. United States, 847 F.Supp. 711 (D. Minn. 1993), aff'd, 27 F.3d 1356 (8th Cir. 1994) (per curiam), cert. denied, 513 U.S. 1153 (1995); Tonn v. United States, Civ. No. 95-1168, 1996 WL 511700 (D. Minn. Jun. 3, 1996), aff'd, 108 F.3d 1382 (8th Cir. 1997) (unpublished table decision); Tonn v. United States, Civ. No. 97-1132 (D. Minn. Sept. 10, 1998); Tonn v. United States, Civ. No. 99-275 (D. Minn. Jun. 28, 1999), aff'd, 210 F.3d 379 (8th Cir. 2000) (unpublished table decision), cert. denied, 531 U.S. 1151 (2001); or in the above-entitled case without first obtaining leave from a judge or magistrate judge of this Court.

Dated: November 16, 2001

DONALD D. ALSOP, Senior District Judge
United States District Court

FILED NOV 16 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD________
DEPUTY CLERK________