# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Martin H. Tonn,

v.

United States Of America,

Case No. Civil 01-1076 DDA/SRN

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

The United States' motion for summary judgment is granted. The Court does not have subject matter jurisdiction over the claims Tonn asserts, and those claims accordingly are dismissed without prejudice.

The United States' motion for a permanent injunction is granted. An injunction shall issue without the filing of security.

DATE: November 16, 2001

RICHARD D. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

14